454 A.2d 169

Hawryluk, Appellant v. Cargas, etc.

Argued June 22, 1981. Charles A. Buechel, for appellant; Craig A. Stone, for appellee.

Before PRICE, JOHNSON and SHERTZ, JJ.

The order granting a new trial is affirmed.

454 A.2d 169

Hegarty, Appellant v. Septa.

Argued September 29, 1982. B. Alan Dash, for appellant; John Rogers Carroll, for appellee.

Before SPAETH, WICKERSHAM and CIRILLO, JJ.

Judgment affirmed.